**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 18-02479 |
|---|---|---|
| | § | |
| LOIS JEAN MILLER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/29/2018. The undersigned trustee was appointed on 01/29/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $4,189.01

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $14.59 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,174.42 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/30/2018 and the deadline for filing government claims was 07/30/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,047.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,047.25, for a total compensation of $1,047.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $14.07, for total expenses of $14.07.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2019              By:   /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 18-02479 | Trustee Name: | David Leibowitz |
| Case Name: | MILLER, LOIS JEAN | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 2/19/2019 | §341(a) Meeting Date: | 03/02/2018 |
| | | Claims Bar Date: | 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Household Goods and Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 2  TV | $100.00 | $0.00 | | $0.00 | FA |
| 3  Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 4  Pension | Unknown | $1.00 | | $0.00 | FA |
| 5  Rental Security Deposit with Landlord | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 6  Term, Universal and Supplemental Life Insurance - No cash surrender value | $0.00 | $1.00 | | $0.00 | FA |
| 7  Citibank checking account (u) | $2,386.70 | $0.00 | | $0.00 | FA |
| Asset Notes: This asset and items 8, 9, and 10 were added by amended schedules filed on 04/28/18 (dkt #18) and then deleted by amendment dated 04/30/18 (dkt #20). | | | | | |
| 8  Credit Union 1 checking account (u) | $122.71 | $0.00 | | $0.00 | FA |
| 9  Credit Union 1 savings account (u) | $5.00 | $0.00 | | $0.00 | FA |
| 10  2017 Federal Income Tax Refund (u) | $6,282.00 | $4,367.91 | | $4,000.00 | FA |
| Asset Notes: Per docket no. 18, Debtor claimed $1028 for EIC and $886.09 for wildcard. Settled for $4,000.00 per docket no. 26. | | | | | |
| 11  IL Unclaimed Funds (claim 6880908) (u) | $0.00 | $189.01 | | $189.01 | FA |
| Asset Notes: Submitted 5/9/18 documents uploaded online | | | | | |

**TOTALS (Excluding unknown value)**                                                **Gross Value of Remaining Assets**

$11,896.41     $6,558.92     $4,189.01     $0.00

Initial Projected Date Of Final Report (TFR):  12/31/2018    Current Projected Date Of Final Report (TFR):    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1                               Exhibit B

| Case No. | 18-02479 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MILLER, LOIS JEAN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3415 | | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/29/2018 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2018 | (10) | Lois Miller | Settlement re non-exempt portion of 2017 tax refund (per dkt #26) | 1224-000 | $4,000.00 | | $4,000.00 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $3,998.55 |
| 06/14/2018 | (11) | IL State Treasurer | IL Unclaimed Funds | 1229-000 | $189.01 | | $4,187.56 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.62 | $4,180.94 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.52 | $4,174.42 |
| | | | TOTALS: | | $4,189.01 | $14.59 | $4,174.42 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,189.01 | $14.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,189.01 | $14.59 | |

| For the period of 1/29/2018 to 2/19/2019 | | For the entire history of the account between 05/24/2018 to 2/19/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,189.01 | Total Compensable Receipts: | $4,189.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,189.01 | Total Comp/Non Comp Receipts: | $4,189.01 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $14.59 | Total Compensable Disbursements: | $14.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.59 | Total Comp/Non Comp Disbursements: | $14.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-02479 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MILLER, LOIS JEAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3415 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/29/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,189.01 | $14.59 | $4,174.42 |

| For the period of 1/29/2018 to 2/19/2019 | | For the entire history of the case between 01/29/2018 to 2/19/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,189.01 | Total Compensable Receipts: | $4,189.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,189.01 | Total Comp/Non Comp Receipts: | $4,189.01 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.59 | Total Compensable Disbursements: | $14.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.59 | Total Comp/Non Comp Disbursements: | $14.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

| Case No. | 18-02479 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MILLER, LOIS JEAN | | | | | | | | Date: 2/19/2019 |
| Claims Bar Date: | 07/30/2018 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,047.25 | $0.00 | $0.00 | $0.00 | $1,047.25 |
|  | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $14.07 | $0.00 | $0.00 | $0.00 | $14.07 |
|  | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1115<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $33.57 | $0.00 | $0.00 | $0.00 | $33.57 |
|  | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1115<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $517.50 | $0.00 | $0.00 | $0.00 | $517.50 |
| 2 | CITY OF CHICAGO<br><br>Department of Water Management<br>P.O. Box 6330<br>Chicago IL 60680 | Real Estate--Non-consensual Liens (judgments, mechanics liens) | Amended | 4120-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AMERICASH LOANS, L.L.C.<br><br>P.O. Box 184<br>Des Plaines IL 60016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $711.10 | $0.00 | $0.00 | $0.00 | $711.10 |

| Case No. | 18-02479 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MILLER, LOIS JEAN | | | | | | | | Date: 2/19/2019 |
| Claims Bar Date: | 07/30/2018 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2-1 | CITY OF CHICAGO DEPARTMENT OF FINANCE/BUREAU OF UTILITY BILLING AND CUSTOMER SERVICE<br>Chicago Dept. Of Law - Bankruptcy<br>121 N La Salle St., Suite 400<br>Chicago IL 60602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,933.44 | $0.00 | $0.00 | $0.00 | $2,933.44 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to COMENITY BANK (DRESS BARN)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $130.89 | $0.00 | $0.00 | $0.00 | $130.89 |
| 2-1 | CITY OF CHICAGO DEPARTMENT OF FINANCE/BUREAU OF UTILITY BILLING AND CUSTOMER SERVICE<br>Chicago Dept. Of Law - Bankruptcy<br>121 N La Salle St., Suite 400<br>Chicago IL 60602 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $851.37 | $0.00 | $0.00 | $0.00 | $851.37 |
| | | | | | $6,239.19 | $0.00 | $0.00 | $0.00 | $6,239.19 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| Case No. | 18-02479 | Trustee Name: David Leibowitz |
| Case Name: | MILLER, LOIS JEAN | Date: 2/19/2019 |
| Claims Bar Date: | 07/30/2018 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $33.57 | $33.57 | $0.00 | $0.00 | $0.00 | $33.57 |
| Attorney for Trustee Fees (Trustee Firm) | $517.50 | $517.50 | $0.00 | $0.00 | $0.00 | $517.50 |
| Fines, Penalties § 726(a)(4) | $851.37 | $851.37 | $0.00 | $0.00 | $0.00 | $851.37 |
| General Unsecured § 726(a)(2) | $3,644.54 | $3,644.54 | $0.00 | $0.00 | $0.00 | $3,644.54 |
| Payments to Unsecured Credit Card Holders | $130.89 | $130.89 | $0.00 | $0.00 | $0.00 | $130.89 |
| Real Estate--Non-consensual Liens (judgments, mechanics liens) | $3,784.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,047.25 | $1,047.25 | $0.00 | $0.00 | $0.00 | $1,047.25 |
| Trustee Expenses | $14.07 | $14.07 | $0.00 | $0.00 | $0.00 | $14.07 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      18-02479
Case Name:     LOIS JEAN MILLER
Trustee Name:  David P. Leibowitz

| | Balance on hand: | $4,174.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | City of Chicago | $3,784.81 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,174.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,047.25 | $0.00 | $1,047.25 |
| David P. Leibowitz, Trustee Expenses | $14.07 | $0.00 | $14.07 |
| Lakelaw, Attorney for Trustee Fees | $517.50 | $0.00 | $517.50 |
| Lakelaw, Attorney for Trustee Expenses | $33.57 | $0.00 | $33.57 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,612.39 |
| Remaining balance: | $2,562.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,562.03 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,562.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,775.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | AmeriCash Loans, L.L.C. | $711.10 | $0.00 | $482.56 |
| 2-1 | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | $2,933.44 | $0.00 | $1,990.65 |
| 3 | Portfolio Recovery Associates, LLC | $130.89 | $0.00 | $88.82 |

|  | Total to be paid to timely general unsecured claims: | $2,562.03 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $851.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

|  |  | of Claim | **Payments to Date** | Amount |
|---|---|---|---|---|
| 2-1 | City of Chicago Department of Finance/Bureau of Utility Billing and Customer Service | $851.37 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**